517 P.2d 1275

**STATE of Arizona, Appellee,**
**v.**
**Janice WHITTINGHAM and Greg Whittingham, Appellants.**
**No. 2680–PR.**

Supreme Court of Arizona.

Jan. 22, 1974.

Ordered: Vacating the Order heretofore entered granting Petition for Review.

Further ordered: Denying said Petition for Review.